**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――――

**No. 00-1400**

―――――――――――――

EDWARD F. HODGES,

Plaintiff - Appellant,

versus

RICHARD EPPS, JR.; SAMUEL R. BROWN, II,

Defendants - Appellees.

―――――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-99-788)

―――――――――――――

Submitted:  August 24, 2000        Decided:  August 29, 2000

―――――――――――――

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――――

Edward F. Hodges, Appellant Pro Se.  David Gant Shuford, Laura Graham Fox, LECLAIR RYAN, P.C., Richmond, Virginia; William Reilly Marchant, THORSEN, MARCHANT & SCHER, L.L.P., Richmond, Virginia, for Appellees.

―――――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward F. Hodges appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint and post-judgment motions. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hodges v. Epps, No. CA-99-788 (E.D. Va. Feb. 2 & Mar. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2